IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHNNIE DELANTRO YOUNG** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENSSYLVANIA, et al.** | : | No. 10-6112 |
| | : | |

## O R D E R

**AND NOW**, this 23rd day of May, 2012, upon consideration of the Petitioner's Writ of Habeas Corpus under 28 U.S.C. § 2254 and the Response to the habeas petition, and after careful review of the Report and Recommendation of the United States Magistrate Judge L. Felipe Restrepo, it is hereby **ORDERED** that:

1. The Petitioner's objections (Doc. No. 37) are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus (Doc. No. 27) is **DENIED** and **DISMISSED**;

4. Petitioner's Motion for Judicial Notice (Doc. No. 28) is **DENIED**; and

5. A certificate of appealability shall not issue since, for the reasons set forth in the Report and Recommendation, a reasonable jurist could not conclude that the Court is incorrect in dismissing petitioner's waived habeas claims, and petitioner has not made a substantial showing of the denial of a constitutional right with regard to his remaining claim.

BY THE COURT:


/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.